585 A.2d 393

KATHLEEN P. THOMAS v. TAMMY L. MILLIKEN AND DOMINO'S PIZZA, INC.

October 10, 1990.

Petition for certification denied.

585 A.2d 393

STATEWIDE ENVIRONMENTAL CONTRACTORS, INC. v. COLUMBIA BROADCASTING SYSTEM AND THEBAUT/FREY PRODUCTION, INC.

October 10, 1990.

Petition for certification denied.

585 A.2d 393

RONALD ELDER v. VILLAGE SUPERMARKET.

October 10, 1990.

Petition for certification denied.

585 A.2d 394

FAB III CONCRETE CORPORATION v. HILTON NEW JERSEY CORPORATION.

October 10, 1990.

Petition for certification denied.